No. 786. KAYE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Zelma Shapiro* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States. ▬

No. 788. JONES ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Irvine E. Ungerman, Manuel Grabel* and *Maynard I. Ungerman* for petitioners. *Solicitor General Rankin, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. ▬

No. 789. CHA'O LI CHI v. MURFF, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Edward J. Ennis* and *Benjamin Gim* for petitioner. *Solicitor General Rankin* and *Beatrice Rosenberg* for respondent. ▬

No. 791. MILLER v. CUTHILL ET AL. C. A. 7th Cir. Certiorari denied. *Benjamin Wham* and *Owen W. Crumpacker* for petitioner. *Lester Asher* for Cuthill, and *Harry T. Ice* for the Ortman-Miller Machine Co., respondents. ▬

No. 793. SARKIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Bernard J. Mellman* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▬

No. 795. ROBERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Truman M. Hobbs* for petitioner. *Solicitor General Rankin* and *Beatrice Rosenberg* for the United States. ▬